UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 10-190 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| CLAYTON DOUGLAS DANGERFIELD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:    Bank Robbery (2 counts)

<u>Date of Detention Hearing</u>:    May 19, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant is charged with the commission of two bank robberies in this District. He was arrested in Colorado, was ordered detained, and returned to this District.

(2) Defendant does not have a stable residence. He is not employed. His criminal record includes charges of absconding from supervision and failure to appear for trial, as well as past bank robbery charges. Defendant does not contest detention.

(3) Defendant poses a risk of nonappearance due to lack of ties to this District, no viable release address, lack of employment, association with alias information, a history of absconding and an active warrant. He poses a risk of danger due to criminal history.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States

01         Pretrial Services Officer.

02     DATED this 19th day of May, 2010.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                    PAGE 3